**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| **JOSHUA JAMES,** | ) |
| | ) |
| Plaintiff, | ) Case: 3:24-cv-50290 |
| | ) |
| v. | ) |
| | ) Jury Trial Demanded |
| **BRAKE PARTS INC, LLC,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION TO DISMISS WITH PREJUDICE**

It is hereby stipulated between Joshua James ("Plaintiff") and Brake Parts Inc, LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated this 19th day of August, 2025.

AGREED TO BY:

| | |
|---|---|
| **/s/ *Chad W. Eisenback*** | **/s/ *Thomas M. Horan (With Consent)*** |
| Chad W. Eisenback, Esq. | Thomas M. Horan, Esq. |
| Sulaiman Law Group, LTD. | Seyfarth Shaw LLP |
| 2500 S. Highland Avenue, Suite 200 | 233 South Wacker Drive, Suite 8000 |
| Lombard, Illinois 60148 | Chicago, IL 60606-6448 |
| Phone: (630) 575 - 8181 | Phone: (312) 460-5721 |
| ceisenback@sulaimanlaw.com | thoran@seyfarth.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

.